Nicholas M. Wajda (Nev. Bar No. 11480)
**WAJDA LAW GROUP, APC**
871 Coronado Center Drive
Suite 200
Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIE I. KOSTIUK,<br><br>   Plaintiff,<br><br>v.<br><br>SMART SALES AND LEASE, INC.,<br><br>   Defendant. | Case No. 3:20-cv-00023-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

Plaintiff, JAMIE I. KOSTIUK, and Defendant, SMART SALES AND LEASE, INC., acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this action against SMART SALES AND LEASE, INC., with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: March 31, 2020                              Respectfully submitted,

*/s/ Nicholas M. Wajda*                            */s/ Jason Adam Close*

Nicholas M. Wajda                                  Jason Adam Close
**WAJDA LAW GROUP, APC**                           **CLOSE LAW GROUP**
871 Coronado Center Drive                          2831 Saint Rose Pkwy.
Suite 200                                          Suite 240
Henderson, Nevada 89052                            Henderson, Nevada 89052
+1 702-900-6339                                    +1 702-983-4254
nick@wajdalawgroup.com                             jason@closelawgroup.com
*Counsel for Jamie I. Kostiuk*                     *Counsel for Smart Sales and Lease, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____