Nicholas M. Wajda (Nev. Bar No. 11480)
**WAJDA LAW GROUP, APC**
871 Coronado Center Drive
Suite 200
Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com

*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE I. KOSTIUK,<br><br>            Plaintiff,<br><br>   v.<br><br>SMART SALES AND LEASE, INC.,<br><br>            Defendant. | Case No. 3:20-cv-00023-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

1         Plaintiff, JAMIE I. KOSTIUK, and Defendant, SMART SALES AND LEASE,

2    INC., acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)

3    hereby stipulate, to the Dismissal With Prejudice of this action against SMART SALES AND

4    LEASE, INC., with each party to bear its own attorney's fees and costs.

5

6    **IT IS SO STIPULATED.**

7    DATED: March 31, 2020                    Respectfully submitted,

8    */s/ Nicholas M. Wajda*                    */s/ Jason Adam Close*

9    Nicholas M. Wajda                    Jason Adam Close
     **WAJDA LAW GROUP, APC**          **CLOSE LAW GROUP**

10   871 Coronado Center Drive         2831 Saint Rose Pkwy.
     Suite 200                           Suite 240

11   Henderson, Nevada 89052       Henderson, Nevada 89052
     +1 702-900-6339                  +1 702-983-4254

12   nick@wajdalawgroup.com        jason@closelawgroup.com
     *Counsel for Jamie I. Kostiuk*     *Counsel for Smart Sales and Lease, Inc.*

13

14

15                                IT IS SO ORDERED:

16

17                                UNITED STATES DISTRICT JUDGE

18                                DATED: March 31, 2020

19

20

21

22

23

24

25

26

27

28

2